# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| REC SOLAR PTE. LTD.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HANWHA SOLUTIONS CORPORATION<br>and HANWHA Q CELLS USA, INC.,<br><br>　　　　　Defendants. | )<br>)<br>)  Civil Action No. 20-1622-MN<br>)<br>)  **Jury Trial Demanded**<br>)<br>)<br>)<br>)<br>) |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, the parties, by and through their counsel of record, stipulate to the dismissal with prejudice of all claims and defenses in this action with respect to U.S. Patent No. 10,749,060, with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| */s/ Alexandra M. Ewing*<br>Frederick L Cottrell, III (#2555)<br>Alexandra M. Ewing (#6407)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>cottrell@rlf.com<br>ewing@rlf.com<br><br>*Counsel for Plaintiff REC Solar Pte. Ltd.*<br><br>Dated: May 5, 2025 | */s/ Bindu A. Palapura*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br><br>*Counsel for Defendants Hanwha Solutions Corporation and Hanwha Q Cells USA, Inc.* |

IT IS SO ORDERED this 6th day of May 2025.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　The Honorable Maryellen Noreika
　　　　　　　　　　　　　　　　　　　　United States District Judge